No. 1733, Misc. SAMUELS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. *James J. Casey* for petitioner.

No. 1729, Misc. DALTON *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1735, Misc. JOHNSON *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1738, Misc. GORDON *v.* BRIGHT ET AL. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1739, Misc. TATE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1740, Misc. HANSEN *v.* CADY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1765, Misc. DeMARIO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Gerald W. Getty, Marshall J. Hartman,* and *James J. Doherty* for petitioner.

No. 1766, Misc. SEIPEL *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied. *Robert Weiner* for petitioner.

No. 1767, Misc. WILLIAMS *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1787, Misc. TERRY *v.* KEEFE. Sup. Ct. Fla. Certiorari denied.